*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| <u>AMAR AHMED</u><br>Petitioner | Case No.        1:25-cv-1875 |
| VS.<br><u>KRISTI NOEM, et al.</u><br>Respondents | Judge<br>Magistrate Judge |

**ORDER**

IT IS ORDERED that <u>Attorney Waleed Naser</u> is hereby admitted to the bar of this Court

pro hac vice on behalf of <u>Respondent Amar Ahmed</u> in the above described action.

SO ORDERED on this, the ___26th___ day of __Nov.__, 20__25__.

_____
U.S. Magistrate Judge
JOSEPH H.L. PEREZ-MONTES